UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00190-APG-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| PAUL ENGSTROM, VINCENT CUOMO, ABRAHAM ELLIOTT, and JOSEPH KRIEGER, | |
| Defendants. | |

Pending before the Court is the Government's Motion to Strike Defendant Paul Engstrom's *pro se* Filing. ECF No. 50. No response to this Motion was filed. Defendant, Paul Engstrom, has also filed a motion. His motion seeks to dismiss his counsel and permission to represent himself. ECF No. 47. A hearing is set on Mr. Engstrom's Motion for September 22, 2021. However, until such time as Defendant represents himself, he is not entitled to file motions before the Court. Local Rule IA 10-6(a).

Accordingly, IT IS HEREBY ORDERED that the Government's Motion to Strike Defendant Paul Engstrom's *pro se* Filing (ECF No. 50) is GRANTED.

IT IS FURTHER ORDERED that Paul Engstrom's Motion for District Judge Review of Magistrate Judge's Detention Order (ECF No. 49) is struck from the record.

IT IS FURTHER ORDERED that if Defendant's motion seeking to dismiss his counsel and represent himself is granted, Defendant may thereafter refile his Motion seeking review of his detention order.

Dated this 17th day of September, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1