Paul Engstom 06870-041
2190 E Mesquite Ave
Pahrump, NV 89060

To:

United States District Court
Attn: Clerk
333 Las Vegas Boulevard South, Room 1334
Las Vegas, NV 89101



10/14/2021

Re: ENGSTROM (Case No. 2:21-cr-00190-APG-EJY)

Dear Clerk,

  I am a party to the case above and am acting pro se. The court has found me indigent (See ECF No. 4). I am in need of transcripts and the audio recordings of the detention hearings held in this case. I am detained at the NSDC and don't have access to email, so it is not possible for me to email the forms as requested.

  These transcripts are required for ongoing litigation regarding detention and/or because Magistrate Judge Weksler stated that the transcript of the oral ruling would act as the written order in the case, in accordance with *United States v. Wheeler*, 795 F.2d 839, 841(9th Cir. 1986). 18 U.S.C. § 3142(i)(1) requires that a detention order "included a written findings of fact and a written statement of the reasons of detention." The Ninth Circuit found in Wheeler that stating reasons orally and providing a transcript satisfies the written order requirement of 3142(i)(1) in District Court, "The district court did not comply with the requirement that it state its reasons in writing either by issuing written findings or by stating the reasons orally and providing a transcript," I assume that this applies to oral rulings made by Magistrate Judge's as well. These transcripts have not been provided.

  The hearings I am requesting transcripts and audio recordings for are:

June 23, 2021 (Engstrom Detention Hearing / Magistrate Judge Weksler)

June 23, 2021 (Elliott Detention Hearing / Magistrate Judge Weksler)

June 23, 2021 (Cuomo Detention Hearing / Magistrate Judge Weksler)

June 29 or 30, 2021 (Krieger Detention Hearing / Magistrate Judge Weksler)

August 4, 2021 (Engstrom Detention Hearing / Magistrate Judge Weksler)

August 17, 2021 (Engstrom Detention Hearing / Magistrate Judge Weksler – Transcript of Oral Ruling)

October 6, 2021 (Elliott Detention Hearing / Magistrate Judge Weksler)

October 8, 2021 (Elliott Detention Hearing / Magistrate Judge Weksler – Transcript of Oral Ruling)

I require these transcripts and recordings as soon as possible as they will be necessary to properly respond in motions pending before the court.

There is an additional issue of timeliness that I foresee being an issue. My replies to the responses of the government are due 7 days after the filing of the responses. The issue is, it takes up to 6 days for me to receive US Mail sent from the Clerk's office. The last piece of mail that I was sent from the Clerk's office was mailed on October 7 – I received it on October 13. It would be impossible for me to respond within the 7 days allowed when it takes 6 days for me to receive the filing. I cannot be the first pro se defendant who has been detained, so I assume there is a procedure that expedites the mailing and notice of filings? If so please advise as what can be done, I don't wish to miss important filing deadlines due to issues out of my control.

Sincerely,

*[signature]*

Paul Engstrom

| AO 435 (NVD Rev. 04/2021) Read Instructions attached: | United States District Court, District of Nevada TRANSCRIPT ORDER | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| 1. NAME Paul Engstrom | 2. PHONE NUMBER NA | | 3. DATE 10/14/2021 |
| 4. FIRM NAME pro se | | | |
| 5. MAILING ADDRESS 2190 E Mesquite Ave | 6. CITY Pahrump | 7. STATE NV | 8. ZIP CODE 89060 |
| 9. CASE NUMBER 2:21-cr-00190-APG-EJY | 10. JUDGE Andrew P. Gordon | DATES OF PROCEEDINGS | |
| | | 11. FROM June 23, 2021 | 12. TO October 8, 2021 |
| 13. CASE NAME United States v. Engstrom, et al. | | LOCATION OF PROCEEDINGS | |
| | | 14. CITY Las Vegas | 15. STATE Nevada |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [✓] CRIMINAL
- [ ] CIVIL
- [ ] BANKRUPTCY
- [✓] IN FORMA PAUPERIS
- [✓] OTHER (Specify) Transcript as Order

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested):

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify witness) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | OTHER (Specify) | |
| SENTENCING | June 29 or June 30, 2021 (Krieger) | October 6, 2021 (Elliott) | October 8, 2021 (Elliott) |
| [✓] DETENTION HEARING | June 23, 2021 (three hearings, all defendants) | August 4, 2021 (Engstrom) | August 17, 2021 (Engstrom) |

18. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| ORDINARY (30-DAY) | | | | PAPER COPY [✓] | |
| 14-DAY | | | | E-MAIL [ ] | |
| EXPEDITED (7-DAY) | | | | DISK [✓] | |
| 3-DAY | [X] | [X] | | PDF FORMAT [ ] | |
| DAILY | | | | ASCII FORMAT [ ] | |
| HOURLY | | | | KEYWORD INDEX [ ] | |
| REALTIME/ROUGH | | | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE [signed]

20. DATE October 14, 2021

E-MAIL ADDRESS
NA

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| TRANSCRIPT TO BE PREPARED BY | | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|---|
| | DATE | BY | | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | | |
| DEPOSIT PAID | | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | | TOTAL DUE | 0.00 |

