Paul Engstom 06870-041
2190 E Mesquite Ave
Pahrump, NV 89060

To:

United States District Court
Attn: Clerk
333 Las Vegas Boulevard South, Room 1334
Las Vegas, NV 89101



FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 13 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

12/7/2021

Re: ENGSTROM (Case No. 2:21-cr-00190-APG-EJY)

Dear Clerk,

**This letter is meant to be an ex parte communication with the Clerk's office regarding a non-substantive matter, as allowed by Local Rule LR IA 7-2(c), and not meant for filing.**

Please see the enclosed Motions, and letter to Clerk's office. These documents were initially mailed from Nevada Southern Detention Center on Friday, December 3, 2021, and as of 8:00pm PST on December 7, 2021, have not been filed.

As such, I am re-sending the Motions, the December 3, 2021, letter, as well as including a Declaration of Mailing. My concern is that my Motion to Consider and Motion for Extension of Time will arrive outside of the time period defined by statute and rule, and therefore be time barred.

There is no need to refile the enclosed Motions if the previously mailed Motions arrive and are filed prior to the receipt of this letter.

Sincerely,

*[signature]*

Paul Engstrom


P.S. I have included a Motion for Extension of Time to File All Pretrial Motions. Please file this as it has not been sent previously.

## Declaration of Mailing

This declaration is made in accordance with Federal Rules of Appellate Procedure Rule 4(b)(4) and 28 U.S.C. § 1746.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 8, 2021.

1. I, Paul Engstrom, on December 3, 2021, deposited into the mailbox at Nevada Southern Detention Center a MOTION TO RECONSIDER ORDER DENYING MOTION FOR REVIEW OF MAGISTRATE JUDGE'S DETENTION ORDER and MOTION FOR EXTENSION OF TIME, both relating to Judge Gordon's Order issued on November 24, 2021, ECF No. 89.

2. The motions referenced in paragraph 1 were sent together in one envelope, with first-class postage prepaid in the form of (4) forever stamps affixed to the envelope.

3. As of 8:00pm PST on December 7, 2021, these Motions have not been filed by the Clerk of Court for the District of Nevada, as such they are being resent on December 8, 2021.

4. Therefore, I, Paul Engstrom, on December 8, 2021, deposited into the mailbox at Nevada Southern Detention Center a MOTION TO RECONSIDER ORDER DENYING MOTION FOR REVIEW OF MAGISTRATE JUDGE'S DETENTION ORDER and MOTION FOR EXTENSION OF TIME, both relating to Judge Gordon's Order issued on November 24, 2021, ECF No. 89.

5. The motions referenced in paragraph 4 were sent together in one envelope, with first-class postage prepaid in the form of (4) forever stamps affixed to the envelope.

_/s/ Paul Engstrom_
Paul Engstrom

Paul Engstom 06870-041
2190 E Mesquite Ave
Pahrump, NV 89060

To:

United States District Court
Attn: Clerk
333 Las Vegas Boulevard South, Room 1334
Las Vegas, NV 89101

12/3/2021

Re: ENGSTROM (Case No. 2:21-cr-00190-APG-EJY)

Dear Clerk,

**This letter is meant to be an ex parte communication with the Clerk's office regarding a non-substantive matter, as allowed by Local Rule LR IA 7-2(c), and not meant for filing.**

It appears that there is an error in the docket. ECF No. 77 Orders that transcripts be produced for Defendant's initial hearing on June 23, 2021, (ECF No. 7), his August 4, 2021, hearing (ECF No. 38), and his August 17, 2021, hearing (ECF No. 46) be provided. All of these transcripts have been provided, but the docket for ECF No. 78 and ECF No. 81 both refer to transcripts for the August 4, 2021 hearing (ECF No. 38). There is no docket entry for the June 23, 2021, hearing (ECF No. 7).

As such I am unable to properly cite the transcripts I was provided.

Sincerely,

Paul Engstrom