CLARK HILL PLLC
CRANE M. POMERANTZ
Nevada Bar No. 14103
Email:  cpomerantz@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsimile:  (702) 862-8400

*Attorneys for Defendant Vincent Cuomo*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABRAHAM ELLIOTT,<br>JOSEPH KRIEGER, AND<br>VINCENT CUOMO,<br><br>Defendants. | Case No. 2:21-cr-00190-APG-EJY<br><br>**Stipulation to Continue Pre-Trial Motion Deadline** |

IT IS HEREBY STIPULATED AND AGREED by and between Assistant United States Attorney Christopher Burton, and Crane Pomerantz., counsel for Defendant Vincent Cuomo, Emily K. Strand, counsel for Abraham Elliott, and Lucas Gaffney, Counsel for Joseph Krieger, that the pre-trial motion deadline in this case, currently scheduled for December 12, 2021, be continued for ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Counsel for Mr. Cuomo was appointed to represent Mr. Cuomo on October 18, 2021. ECF No. 74.  The focus of the representation, at the beginning, was on moving the Court for Mr. Cuomo's release pending trial.  A motion to this effect was filed, argued, and granted on December 6, 2021.  ECF No. 93.

2. While this has not been deemed a complex case for Speedy Trial Act purposes, the discovery is voluminous, including recordings.  Additional time is needed to review the discovery

which has been made available by the government. Until the discovery can be reviewed, undersigned counsel cannot fairly determine if and/or which pre-trial motions should be filed. The current pre-trial motion deadline is December 12, 2021, giving undersigned counsel insufficient time to make that evaluation.

3. Defendants Elliott, Krieger, and Cuomo are not in custody and they do not oppose the continuance sought.

4. At this juncture, none of the Defendants are seeking a continuance of the trial, which is set for June 6, 2022. ECF No. 70.

5. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice. The ends of justice would be best served by granting a continuance of the pre-trial motion deadline.

CHRISTOPHER CHIOU
UNITED STATES ATTORNEY (ACTING)
DISTRICT OF NEVADA

CLARK HILL PLLC

DATED this 13th day of December 2021.

DATED this 13th day of December 2021.

/s/ Chris Burton
CHRISTOPHER BURTON
Assistant United States Attorney

/s/ Crane Pomerantz
CRANE M. POMERANTZ

Attorney for Defendant Cuomo

Attorneys for Plaintiff


EMILY K. STRAND
PITARO & FUMO, CHTD.

GAFFNEY LAW

DATED this 13th day of December, 2021.

DATED this 13th day of December, 2021.

/s/ Emily K. Strand                .
EMILY K. STRAND, ESQ.

/s/ Lucas Gaffney                .
LUCAS J. GAFFNEY, ESQ.

Attorney for Defendant Elliott

Attorney for Defendant Krieger

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ABRAHAM ELLIOTT,<br>JOSEPH KRIEGER, AND<br>VINCENT CUOMO,<br><br>                    Defendants. | Case No. 2:21-cr-00190-APG-EJY |

### FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

### CONCLUSIONS OF LAW

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. Mr. Pomerantz was appointed to represent Mr. Cuomo on October 18, 2021. ECF No. 74. The focus of the representation, at the beginning, was on moving the Court for Mr. Cuomo's release pending trial. A motion to this effect was filed, argued, and granted on December 6, 2021. ECF No. 93.

2. While this has not been deemed a complex case for Speedy Trial Act purposes, the discovery is voluminous, including recordings. Additional time is needed to review the discovery which has been made available by the government. Until the discovery can be reviewed, undersigned counsel cannot fairly determine if and/or which pre-trial motions should be filed. The current pre-trial motion deadline is December 12, 2021, giving undersigned counsel insufficient time to make that evaluation.

3. Defendants Elliott, Krieger, and Cuomo are not in custody and they do not oppose the continuance sought.

4.     At this juncture, none of the Defendants are seeking a continuance of the trial, which is set for June 6, 2022.  ECF No. 70.

5.     The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.  The ends of justice would be best served by granting a continuance of the pre-trial motion deadline.

## ORDER

**IT IS HEREBY ORDERED** that the deadlines for filing of pretrial motions are hereby due on or before the 1st day of April, 2022.

**DATED** this 14th day of December 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT COURT JUDGE