CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar #14853
SUSAN CUSHMAN
CHRISTOPHER BURTON
Nevada Bar # 12940
KIMBERLY SOKOLICH
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Susan.Cushman@usdoj.gov
Christopher.Burton4@usdoj.gov
Kimberly.Sokolich@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PAUL ENGSTROM,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00190-APG-EJY<br><br>**Government's Motion to File a Surreply to Defendant's Reply to the Government's Response to Defendant's Motion for Extension to File All Pretrial Motions (ECF No. 103)** |

The United States of America, by and through the undersigned, hereby respectfully files this Motion to File a Surreply to Defendant Paul Engstrom's *Reply to the Government's Response to Defendant's Motion for Extension to File All Pretrial Motions (ECF No. 103)*. The government seeks to address Engstrom's accusations that undersigned attempted to mislead this Court as well as Engstrom's unwillingness to sign for produced discovery. The government therefore asks that this Motion be granted and its Surreply (filed contemporaneously with this Motion) addressing these new arguments and issues be considered.

## POINTS AND AUTHORITIES

Local Rule 7-2 notes that the filing of surreplies are generally discouraged, but may be permitted with leave of the court. On December 13, 2021, Engstrom filed a motion to extend time. ECF No. 98. The government responded on December 20, 2021. ECF No. 101. On January 3, 2022, Engstrom replied. ECF No. 103. In Engstrom's reply, he accuses the government of misleading the Court in its Response. Additionally, despite Engstrom's representation that he is attempting to meet and confer with the government concerning discovery in good faith, the government has received information that Engstrom refused to sign for produced discovery. Engstrom's unsupported allegations of unethical conduct by underlying counsel and unwillingness to confirm receipt of produced discovery should warrant a response by the government.

## CONCLUSION

Based on the foregoing, the government respectfully requests that its Motion be granted and the contemporaneously filed Surreply be considered by this Court.

**DATED** this 7th day of January, 2022.

Respectfully Submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

　/s/ *Kimberly Sokolich*　
KIMBERLY SOKOLICH
CHRISTOPHER BURTON
Assistant United States Attorneys