UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL ENGSTROM,<br><br>Defendant. | Case No. 2:21-cr-00190-APG-EJY<br><br>**ORDER REGARDING PENDING MOTIONS**<br><br>(ECF Nos. 97, 98, 99, 105, 109, 110) |

  I previously denied defendant Paul Engstrom's motion for review of Magistrate Judge Weksler's detention order. ECF No. 89. Engstrom now moves for reconsideration of my decision. ECF No. 97. Having considered the papers, I see no reason to reconsider.[1] I deny the motion.

  Engstrom moves for an extension of the deadline by which he must appeal my order on detention. ECF No. 98. The government responds that this motion is unnecessary because Engstrom will not have to file an appeal until after I rule on his motion for reconsideration. ECF No, 102 at 3. I thus deny the motion for extension as moot, without prejudice.

  Engstrom moves to extend the deadline to file pretrial motions. ECF No. 99. I previously extended the deadline for the other parties, and I will do so for Engstrom as well. ECF No. 100. The deadline to file pretrial motions is extended to April 1, 2022.

  The government moved for permission to file a surreply to address allegations in Engstrom's reply in support of his motion to extend the pretrial motion deadline. ECF No. 105.

---

[1] Engstrom argues I should ignore the government's allegation that his keychain held a key to the freezer containing cocaine. ECF No. 97 at 4. Even doing so, my conclusion does not change.

Engstrom opposed that motion and moved to strike the government's surreply and its notice of compliance with Rule 16. ECF Nos. 109, 110. I grant the motion for a surreply and deny Engstrom's motion to strike.

I THEREFORE ORDER that Engstrom's motion for reconsideration of my detention order **(ECF No. 97) is denied**.

I FURTHER ORDER that Engstrom's motion to extend the appeal deadline **(ECF No. 98) is denied without prejudice as moot**.

I FURTHER ORDER that Engstrom's motion to extend the deadline to file pretrial motions **(ECF No. 99) is granted**. The deadline to file pretrial motions is extended to **April 1, 2022**.

I FURTHER ORDER that the government's motion for permission to file a surreply **(ECF No. 105) is granted**, and Engstrom's motions to strike the government's surreply and notice of compliance with Rule 16 **(ECF Nos. 109, 110) are denied.**

DATED THIS 31st day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE