Paul Engstrom
2190 E. Mesquite Ave
Pahrump, NV 89060
*In Proper Person*

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 2 2 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO: 2:21-cr-00190-APG-EJY |
| VS. | **Notice of Appeal** <br> (ECF Nos. 89 and 114) |
| PAUL ENGSTROM | |
| Defendant, | |

Notice is hereby given that Paul Engstrom, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final order of detention entered in this action on the 31st day of January, 2022.

DATED this 14th day of February, 2022.

Respectfully Submitted,

*[signature]*

Paul Engstrom
*In Proper Person*

1

## Declaration of Mailing

This declaration is made in accordance with Federal Rules of Appellate Procedure Rule 4(c)(1)(A)(i) and 28 U.S.C. § 1746.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14, 2022.

1. I, Paul Engstrom, on February 14, 2022, deposited as legal mail at Nevada Southern Detention Center a Notice of Appeal, relating to Judge Gordon's Orders issued on November 24, 2021, ECF No. 89 and January 31, 2022, ECF No. 114.

2. The notice referenced in paragraph 1 was sent in one envelope, with first-class postage prepaid in the form of two (2) forever stamps affixed to the envelope.

_____

Paul Engstrom



Las Vegas P&DC 89199
MON 14 FEB 2022 PM

United States District Court
Attn: Clerk
333 Las Vegas Boulevard South
Room 1334
Las Vegas, NV 89101

RECEIVED
SERVED ON
FILED
ENTERED      COUNSEL/PARTIES OF RECORD

FEB 22 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

This correspondence is originated from a detention facility. The facility is not responsible for the contents herein.