# Exhibit 1

# Exhibit 1

| | |
|---|---|
| **From:** | cmecf@nvd.uscourts.gov |
| **To:** | cmecfhelpdesk@nvd.uscourts.gov |
| **Subject:** | Activity in Case 2:21-cr-00190-ART-EJY USA v. Engstrom et al Motion for Return of Property |
| **Date:** | Friday, April 29, 2022 8:21:07 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 4/29/2022 at 8:20 AM PDT and filed on 4/28/2022
**Case Name:**       USA v. Engstrom et al
**Case Number:**     2:21-cr-00190-ART-EJY
**Filer:**           Dft No. 1 - Paul Engstrom
**Document Number:** 132

**Docket Text:**
**MOTION for Return of Property by Paul Engstrom. Responses due by 5/12/2022. (KF)**

**2:21-cr-00190-ART-EJY-1 Notice has been electronically mailed to:**

Lucas Gaffney     Lucas@GaffneyLawLV.com

Susan Cushman     susan.cushman@usdoj.gov, caseview.ecf@usdoj.gov, veronica.criste@usdoj.gov

Crane M Pomerantz     cpomerantz@clarkhill.com, jestrada@clarkhill.com, sconcepcion@clarkhill.com, tbain@clarkhill.com

Christopher Burton     Christopher.Burton4@usdoj.gov, Cindee.Davis@usdoj.gov, caseview.ecf@usdoj.gov

Daniel Clarkson     daniel.clarkson@usdoj.gov, eduardo.wade@usdoj.gov

Emily Katherine Strand     emily@fumolaw.com, kristine.fumolaw@gmail.com

Kimberly Anne Sokolich     Kimberly.Sokolich@usdoj.gov, caseview.ecf@usdoj.gov,

jackie.dolan@usdoj.gov

**2:21-cr-00190-ART-EJY-1 Notice has been delivered by other means to:**

Paul Engstrom
06870041
Nevada Southern Detention Center
2190 East Mesquite Ave
Pahrump, NV 89060

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=4/29/2022] [FileNumber=10664559-0] [424ec9d8cfb657331cc6862667b11507c01305d2e9d2f41a0c6e0fb49aaabbd89d7e31ee9127c1a6e998c08d0c4fb3f8164b19418a866eb836aabdc0f464efc3]]