1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   CHRISTOPHER BURTON
3  Assistant United States Attorney
   Nevada Bar No. 12940
4  KIMBERLY SOKOLICH
   Assistant United States Attorney
5  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
6  (702) 388-6336
   Christopher.Burton4@usdoj.gov
7  Kimberly.Sokolich@usdoj.gov
   *Attorneys for the United States*

8

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL ENGSTROM,<br><br>    Defendant. | Case No. 2:21-cr-190-ART-EJY<br><br>**Protective Order Regarding the Forfeitable Property** |

This Court having read the United States of America's Motion for a Protective Order regarding the Forfeitable Property pending the Criminal Case, and good cause having been shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America is authorized to maintain and preserve the following property until the conclusion of the instant criminal case, or pending further Order of this Court;

1. 2020 smokey gray Harley-Davidson Touring, VIN 1HD1TEH23LB954585, bearing Nevada License plate number STINKS;

2. 2019 white Ducati Racer Motorcycle, VIN ZDMVABDS0KB007875, bearing Nevada License plate number KNZL;

3. 2019 black Ducati Cruiser Motorcycle, VIN ZDM13BKW2KB010548, bearing Nevada License plate number XDVL;

4. 2019 titanium gray and black Ducati X Diavel Motorcycle, VIN ZDM13BKW1MB000502, bearing Nevada License plate number NX191017;

5. 2021 black hole with pinstripe Harley Davidson Cruiser, VIN 1HD1TCL13MB952002, bearing Nevada License plate number 910044;

6. 2020 red Ducati Superleggera Motorcycle, VIN ZDMDAGUW1LB000138; and

7. 284.742879735905 Monero Cryptocurrency

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that in applying for and obtaining this Order, the United States of America has complied with the requirements of 21 U.S.C. § 853(e) and 18 U.S.C. § 983(a)(3)(A)-(C) and regarding the preservation of the property for criminal forfeiture.

Dated the 18th day of July, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE