# EXHIBIT 2

(June 18, 2021, Warrant Return)

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

**Case No.:** 2:21-mj-513-DJA

**Date and time warrant executed:** 6/18/21 @ 8:00 pm

**Copy of warrant and inventory left with:** Sealed, delayed notice pursuant to order

**Inventory made in the presence of:** SA Dan Kurinec

**Inventory of the property taken and name(s) of any person(s) seized:**

- fifteen (15) USPS Priority Envelopes with sender address "On the Rocks Photography, 2549 Winerwood Blvd, Las Vegas, NV 89142."
- Packaging
- fourteen (14) USPS Priority Envelopes with sender address "Golden Needle Arts, 4855 W Desert Inn Rd STE 101, Las Vegas, NV 89102"
- Approximately 312 net grams of suspected cocaine

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/24/21

*Executing officer's signature*

SA Jared Jeppson
*Printed name and title*

US-000906