# EXHIBIT 3

(June 18, 2021, Anticipatory Warrant)

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

FILED.

DATED: 2:27 pm, June 17, 2021

U.S. MAGISTRATE JUDGE

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*
USPS PRIORITY MAIL ENVELOPES TO
BE OBTAINED ON JUNE 18, 2021

)
)
)
)
)
)

Case No.  2:21-mj-513-DJA

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Nevada _____ *(identify the person or describe the property to be searched and give its location)*:

    Please see the Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

    Please see the Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____July 1, 2021____ *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Honorable Daniel J. Albregts____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     June 17, 2021 2:23 p.m.

_____
*Judge's signature*

City and state:     Las Vegas, Nevada          Honorable Daniel J. Albregts, U.S. Magistrate Judge
_____
*Printed name and title*

US-000868

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>2:21-mj-513-DJA | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

US-000869



# SEALED

US-000870

**ATTACHMENT "A"**

**PREMISES TO BE SEARCHED**

**AN AS OF YET UNDETERMINED AMOUNT OF SUBJECT PARCELS**

1.  SUBJECT PARCELS will be:

    a.  a United States Postal Service Priority Mail Envelope measuring approximately 12.5" X 9.5";

    b.  bearing a computer printed sender address label of a purported business and a computer printed recipient address label;

    c.  bear one affixed stamp of $7.95 or one stamp of $7.75 plus additional postage stamps;

    d.  upon physical examination of the exterior of the envelopes, appear to contain a pliable material consistent with a powdery substance ;

    e.  obtained from a U.S. Post Office drive through drop box that was used by KRIEGER;

    f.  bearing a USPS Label 400 tracking number sticker;[2]

    g.  in the company of at least seven other SUBJECT PARCELS which bear the characteristics noted in (a) through (f) above.

Images of representative examples of envelopes matching the description provided above have been included as Attachments A-1, A-2, and A-3. SUBJECT PARCELS matching the

---

[2]    A USPS "Label 400" tracking number stickers usually accompany priority mail stamps; if both are affixed on a USPS Priority Mail Envelope, the parcel can be deposited in a U.S. Post Office drop box without the shipper leaving an online footprint or being subject to being captured on video surveillance footage at a U.S Post Office counter.

21

1  description above and included in the attachments that follow will be searched for evidence of

2  the Subject Offenses as described in Attachment B.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

US-000872

**ATTACHMENT "A-1"**

**EXAMPLE OF SUBJECT PARCELS**



23

026553

US-000873

**ATTACHMENT "A-2"**

**SIEZED PARCEL FROM DECEMBER 29, 2020**



24

**ATTACHMENT "A-3"**

**SEIZED PARCEL FROM USPIS 2019 INVESTIGATION**



25

026555

US-000875

**ATTACHMENT "B"**

**ITEMS TO BE SEIZED**

Based on the foregoing, I respectfully submit that there is probable cause to believe that the following items, which constitute evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 846 (the "Subject Offenses"), will be found:

1.  Controlled substances; and

2.  Narcotics packaging materials.

US-000876