# EXHIBIT 7

(June 21, 2021, Warrant Returns)

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☐ Original       ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

FILED.

DATED: 3:07 pm, June 17, 2021

U.S. MAGISTRATE JUDGE

In the Matter of the Search of                  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*    )   Case No. 2:21-mj-514-DJA
487 E PETAL DEW AVENUE,                          )
LAS VEGAS, NEVADA 89183                          )
                                                 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Nevada
*(identify the person or describe the property to be searched and give its location)*:

Please see the Attachment A-1.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see the Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____ July 1, 2021 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable Daniel J. Albregts _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   June 17, 2021 2:34 p.m.

_____
*Judge's signature*

City and state:    Las Vegas, Nevada

Honorable Daniel J. Albregts, U.S. Magistrate Judge
*Printed name and title*

US-000907

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:21-mj-514-DJA | Date and time warrant executed:<br>JUNE 21, 2021   1:30 pm | Copy of warrant and inventory left with:<br>487 PETAL DEW AVE. |
| Inventory made in the presence of :<br>GS JEFF V. BEL | | LAS VEGAS, NV. 89183 |

Inventory of the property taken and name(s) of any person(s) seized:

SEE ATTACHED USPS INVENTORY

| Certification |
|---|

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  6/21/2021

_____
Executing officer's signature

TFO ROBB LOREN
*Printed name and title*

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: _____  Date: 6/21/21

Subject Address: 487 Petal Dew Ave LV NV 89183   Floor/Room No. _____

Inspector(s): _____  Case No. 3298765 - PMN

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS | |
|---|---|---|
| 1 | Financial documents & notes    J. | Rm C |
| 1 | Bank statements | Rm C |
| 1 | Notes / Ledger | Rm C |
| 1 | Laptop (Serial: BY1944A5540/1837 | Rm C |
| 1 | Storage unit info, biz cards | Rm A |
| 5 $20 bills | Envelope w/ 5 $20 bills for Jason ($100.00) | Rm C |
| 1 | Silver (original) iPhone Serial 7T73QFR5QH8 | Rm G |
| 1 | Motorola Cricket phone | Rm G |
| 1 | Crypto seed phrase | Rm J |
| 1 | Bag of flashdrives | Rm G |
| 1 | External Hard drive | Rm G |
| 1 | Flash drive | Rm G |
| 1 | 3 boxes of checks | Rm K |
| 1 | 2 unopened crypto wallets | Rm G |
| 1 | Apple watch | Rm G |
| 6 | Flash drives | Rm G |
| 1 | Paper with passwords | Rm G |
| 1 | 22 cal bolt buckle revolver (9 22 cal rounds) | Rm M |
| 1 | Ledger | Rm H |

DISTRIBUTION OF COPIES:   White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page 1 of 4 pages

PS Form 8164, October 1993

THE UNITED STATES POSTAL INSPECTION SERVICE

# SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: _____  Date: 6/21/21

Subject Address: 487 Petal Dew Ave LV NV 89183  Floor/Room No. _____

Inspector(s): _____  Case No. 329 87605 - PMN

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS | |
|---|---|---|
| 1 | Paperwork | Rm H |
| 1 | Priority Mail Stamps | Rm H |
| 1 | Silver Coins & paperwork | Rm H |
| 1 | Fedex receipt | Rm H |
| 1 | Documents Crypto Seed | Rm J |
| 1 | Mail | Rm C |
| 1 | Paperwork | Rm G |
| 1 | Title Documents | Rm G |
| 1 | Mac laptop (serial C02LYF5JF5Y7 | Rm G |
| 1 | Asus laptop SN C7N0AS44385309 | Rm G |
| 1 | Black apple iphone IMEI 990007813462692 | Rm G |
| 1 | Asus laptop SN D5N0CV698812228 | Rm G |
| 1 | Amazon Kindle 00,400 | Rm G |
| 1 | Samsung Phone IMEI 354088110629760 | Rm G |
| 1 | Samsung phone IMEI 354089110639918 | Rm G |
| 1 | Cards w/ gate codes | Rm H |
| 1 | Plastic bags w/ notes | Rm H |
| 1 | Planner w/ notes | Rm H |
| 1 | Priority Mail Envelopes | Rm H |

DISTRIBUTION OF COPIES:  White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page 2 of 4 pages

PS Form 8164, October 1993

US-000910

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: _____     Date: 6/4/21

Subject Address: 487 Petril New Ave Lv Nv 39183     Floor/Room No. 3

Inspector(s): _____     Case No. 329 8765 - PMN

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS | |
|---|---|---|
| 1 | Yellow note pad, property print outs | Rm H |
| 1 | Notepad, notes | Rm H |
| 1 | hardware wallet | Rm J |
| 1 | North Butte Mining Share | Rm H |
| 1 | Sig Sauer 9mm P 232 5294501 | Rm M |
| 1 | S + W revolver SN JZ42872 | Rm M |
| 1 | Sig Sauer SN 66A7669963 P365 | Rm H |
| 1 | Dell laptops | Rm J |
| 1 | Wells Fargo Checkbooks | Rm H |
| 1 | Amazon TABlet | Rm H |
| 1 | Samsung Galaxy S2 | Rm H |
| 1 | Samsung S7 Gold | Rm H |
| 1 | Samsung Galaxy S5 | Rm H |
| 1 | Blackberry Phone | Rm H |
| 1 | HTC Phone | Rm H |
| 1 | Sprint flip Phone Blue | Rm H |
| 1 | Sprint flip Phone Silver | Rm H |
| 1 | Nokia cell phone | Rm H |
| 1 | Possible Passwords | Rm H |

DISTRIBUTION OF COPIES:  White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page 3 of 4 pages

PS Form 8164, October 1993

US-000911

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: _____   Date: 6/21/21

Subject Address: 487 Potal Dow Ar Lv NV 89183   Floor/Room No. _____

Inspector(s): _____   Case No. 329 8765 - PMN

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS | |
|---|---|---|
| 1 | Crypto Seed | RM Co |
| 1 | MP4 player Silver | RM H |
| 1 | Hard Drive Image of Green tower | RM J |
| 1 | Bulk Cash | RM M |
| 1 | Misc Cash | RM Co |
| 1 | Remington 1100 Shotgun RZ381330 | RM M |
| 1 | Mossburg intl 715P EUF4483633 | RM M |
| 1 | H&K 22 cal HB027724 | RM M |
| 1 | CD Defense 12 gauge Shotgun Z0SA12P 752 | RM M |
| 1 | DB 556 DB 2472231 | RM M |
| 1 | M1 3387766 | RM M |
| 1 | DB 556 DB 2022845 | RM M |
| 1 | DB 556 DB 2450094 | RM M |
| 1 | Savage 116 7mm J303376 | RM M |
| 1 | Tourist Armas ACBS58557 | RM M |
| 1 | Spring field Armory US243348 | RM M |
| 1 | Ruger 38 special 541-190881 | RM M |
| 1 | NV DL (VOID) Paul Philip Engstrom | RM Co |
| 1 | Money Counter | RM C |

DISTRIBUTION OF COPIES:  White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page 4 of 4 pages

PS Form 8164, October 1993

1 - Craven Computer Tower — RM J

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original      ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the

District of Nevada

FILED.

DATED: 3:08 pm, June 17, 2021

U.S. MAGISTRATE JUDGE

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
304 E. SILVERADO RANCH BOULEVARD, )
UNIT 1110 )
LAS VEGAS, NEVADA 89183 )

Case No. 2:21-mj-515-DJA

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Nevada _____
*(identify the person or describe the property to be searched and give its location)*:

Please see the Attachment A-2.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see the Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____ July 1, 2021 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable Daniel J. Albregts _____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    June 17, 2021 2:34 p.m.

_____
*Judge's signature*

City and state:    Las Vegas, Nevada      Honorable Daniel J. Albregts, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>2:21-mj-515-DJA | Date and time warrant executed:<br>6/21/2021 / 2:45 pm | Copy of warrant and inventory left with:<br>304 E. Silverado Ranch #1110 |
| Inventory made in the presence of :<br>USPI GS Shad Matheny | | |

Inventory of the property taken and name(s) of any person(s) seized:

Nothing taken

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6-21-2021

*Executing officer's signature*

SA Jeffrey Bell
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means          ❒ Original          ❒ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of Nevada

FILED.

DATED: 3:09 pm, June 17, 2021

U.S. MAGISTRATE JUDGE

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*
6145 HARRISON DRIVE, SUITE 4,
LAS VEGAS, NEVADA 89120

)
)
)
)
)
)

Case No.  2:21-mj-516-DJA

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure
of the following person or property located in the _____ District of _____ Nevada _____
*(identify the person or describe the property to be searched and give its location)*:

Please see the Attachment A-3.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see the Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____ July 1, 2021 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ❒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to _____ Honorable Daniel J. Albregts _____ .
*(United States Magistrate Judge)*

❒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*

❒ for _____ days *(not to exceed 30)*   ❒ until, the facts justifying, the later specific date of _____ .

Date and time issued:      June 17, 2021 2:34 p.m.

_____
Judge's signature

City and state:      Las Vegas, Nevada

Honorable Daniel J. Albregts, U.S. Magistrate Judge
*Printed name and title*

US-000915

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:21-mj-516-DJA | Date and time warrant executed:<br>June 21, 2021, apx 1:45 p.m. | Copy of warrant and inventory left with:<br>6145 Harrison Unit 4 |

Inventory made in the presence of :   SA Scott Barrett

Inventory of the property taken and name(s) of any person(s) seized:

     1 - Kawasaki Motorcycle
     1 - Ducati Motorcycle
     Additional items listed on attached DEA-12

---

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:     July 14, 2021

                                       *Executing officer's signature*

                             Daniel J. Kurinec, Special Agent

                                *Printed name and title*

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|

6145 Harrison Drive Unit 4
Las Vegas, NV

FILE TITLE

DATE  6-21-2021

DIVISION/DISTRICT OFFICE

LVDO

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 5 | Ziplock bags w/ white powder | Evidence |
| 1 | Cup w/ white powder | |
| 3 | Digital scales | |
| 1 | Rubbermaid plastic bin w/ packaging | |
| 9 | Kilo packages w/ BMW Logo | |
| 1 | Metal pot w/ utensil | |
| 1 | Metal pan w/ Lid | |
| 1 | misc statements, receipts, paper work | |
| 2 | Key chains | |
| 1 | metal pan | |
| 1 | Powder substance | |
| 1 | Box of Fentanyl test kit | |
| 4 | Bottles of drug test kit | |
| 4 | Vials mandellin | |
| 4 | Vials marquis | |
| 4 | Vials Liebermann | |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) |
|---|---|
| | SA Kurinec |
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) |
| | SA Barrett |

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

US-000917

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

6145 Harrison Drive Unit 4
Los Vegas, NV

| FILE NO. | G-DEP IDENTIFIER |
|---|---|

FILE TITLE

DATE  6 · 21 · 2021

DIVISION/DISTRICT OFFICE

LVDO

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Box containing pills & white powder | Evidence |
| 1 | Bag packaging Materials | |
| 2 | Plastic Bins containing packaging | |
| 13 | Plastic Bins containing envelopes | |
| 1 | Metal pan w/ lid | |
| 2 | brick of white substance "BMW" | |
| 1 | Bin containing packaging and gas mask | |
| 4 | glass pans w/ lids | |
| 4 | metal containers w/ lid | |
| 2 | Ziplock bags of white powder | |
| 1 | Box containing pills & packaging | |
| 26 | Jars containing powders | |
| 1 | Metal tray w/ utensils & digital scale | |
| 1 | Razer Laptop model RZ09 0270  S/N: 3Y18 43A 54300667 | |
| 1 | Razer Laptop Model RZ0902385  S/N: BY1901A 44701188 | |
| 1 | 1-Phone - white | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
SA Kurinec

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
SA Barrett

FORM DEA-12 (8-02) *Previous editions obsolete*

Electronic Form Version Designed in JetForm 5.2 Version

US-000918

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|

6145 Harrison Drive Unit 4
Las Vegas, NV

FILE TITLE

DATE 6-21-21

DIVISION/DISTRICT OFFICE

LVDO

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | 1- Phone - white | Evidence |
| 1 | 1- Phone - white Gray | |
| 2 | Brick of white substance | |
| 2 | Tupex containers w/ lid | |
| 1 | Black 1- Phone | |
| 1 | Silver 1- Phone model 1549   SN· 354406062246120 | |
| 1 | Gray 1- Phone | |
| 1 | Samsung Imei: 3526 2011142872 | |
| 1 | Red 1- Phone | |
| 1 | 64 gig Samsung Flash drive | |
| 1 | 32 gig Samsung Flash drive | |
| 5 | Samsung Flash drive 256g, 3 64g, 32g. | |
| 1 | Green notebook | |
| 1 | Kilo wrapper remnants | |
| 4 | Bottles of ethanol | |
| 5 | File cases | |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) |
|---|---|
| | SA Kurince |

| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) |
|---|---|
| | SA Barrett |

FORM DEA-12 (8-02) *Previous editions obsolete*

Electronic Form Version Designed in JetForm 5.2 Version

## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address ((including ZIP Code)), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| 6145 Harrison Drive Unit 4 Las Vegas, NV | FILE TITLE | |
| | DATE 6/21/21 | |

DIVISION / DISTRICT OFFICE

LVPO

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Bottle of Acetone | Evidence |
| 1 | Money counter | |
| 1 | Key chain w/ KEYS | |
| 1 | Fridge key | |
| 1 | Undetermined amount of U.S. Currency | |
| 1 | Shipping labels | |
| 1 | Misc. papers | |
| 1 | Black Back pack | |
| | Nothing Follows | |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) SA Karinec |
|---|---|
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) SA Barrett |

DEA Form — 12
(Apr. 1983)          Previous edition dated 9/77 may be used until stock is exhausted.

US-000920

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

FILED.

DATED: 3:09 pm, June 17, 2021

U.S. MAGISTRATE JUDGE

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
10388 MIDSEASON MIST STREET,
LAS VEGAS, NEVADA 89183

)
)
)
)
)
)

Case No. 2:21-mj-517-DJA

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Nevada _____
*(identify the person or describe the property to be searched and give its location)*:

Please see the Attachment A-4.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see the Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____ July 1, 2021 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable Daniel J. Albregts _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____

Date and time issued:     June 17, 2021 2:34 p.m.

_____
*Judge's signature*

City and state:     Las Vegas, Nevada

Honorable Daniel J. Albregts, U.S. Magistrate Judge
*Printed name and title*

US-000921

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:21-mj-517-DJA | Date and time warrant executed:<br>*June 21, 2021  1:30PM* | Copy of warrant and inventory left with:<br>*10388 Wild Seasons Mist* |
| Inventory made in the presence of :<br>*GS Jeff W. Bell* | | *Las Vegas, NV. 89183* |

Inventory of the property taken and name(s) of any person(s) seized:

*See Attached USPS Inventory*

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: *6/21/2021*

_____
*Executing officer's signature*

*Robb Lowell TFO*
_____
*Printed name and title*

US-000922

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: _____  Date: June 21, 2021

Subject Address: 10388 Midseason Mist, Las Vegas, NV 89183  Floor/Room No. _____

Inspector(s): _____  Case No. 3248765 - PMN

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| ✓ 1 bag | Room K / McFeely / Handwritten documents; on top of dresser  1S0001626486 |
| ✓ 1 bag | Room A / M Garcia / Black Razer laptop S/N B42007A82001662; found on desk  1S0001626487 |
| ✓ 1 bag | Room M / McClamrock / Black weighman scale, teal Technopack sealer, yellow folder w/Mylar bags; under sink  1S0001626489 |
| 1 bag | Room K / Atkins / Black binder w/business docs; N side of bed on plastic file box  Ducati title 1S0001626488 |
| ✓ 1 bag | Room K / McFeely / $3,002 US currency; top left drawer of dresser  1S0001626490 |
| ✓ 1 bag | Room K / McFeely / $80 US currency; top right drawer of dresser  1S0001626491 |
| ✓ 1 bag | Room K / McFeely / $49 US currency; small box on top of dresser  1S0001626492 |
| ✓ 1 bag | Room E / M Garcia / Multiple mylar ziploc bags; box in garage near water heater  1S0001626493 |
| ✓ 1 bag | Room E / M Garcia / Plastic bag containing unknown green powder; box in garage near water heater  825g 1S0001626494 |
| ✓ 1 bag | Room M / McClamrock / multiple silver mylar bags (sealed); under sink  827g 1S0001626495 |
| ✓ 1 bag | Room L / Robinson / small white iphone IC#579C-E2430A; top shelf  1S0001626496 |
| 1 bag | Room K / Cadillac CTS title & citi cc statement; top left dresser drawer  1S0001626497 |
| 1 bag | Room L / Silver iphone IMEI 359238068110629 + silver iphone IMEI 356148092011375; top shelf in shoebox  McClamrock / Robinson 1S0001626498 |
| ✓ 1 bag | Room C / Carney / Miscellaneous keys (4); kitchen area  1S0001626499 |
| Motorcycle | Black & red Ducati Monster VIN ZDM1RADM87B089221  NV tag 338185 |
| Vehicle | Gray Cadillac CTS VIN 1G6AR5SS3G0195627  NV tag AL7456 |

DISTRIBUTION OF COPIES:  White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page 1 of ___ pages

PS Form 8164, October 1993

US-000923

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means        ☐ Original        ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of Nevada

**FILED.**

**DATED:** 3:10 pm, June 17, 2021

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

305 ST. AUGUSTINE LANE,
HENDERSON, NEVADA 89014

)
)
)
)
)
)

**U.S. MAGISTRATE JUDGE**

Case No.  2:21-mj-518-DJA

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Nevada _____

*(identify the person or describe the property to be searched and give its location)*:

Please see the Attachment A-5.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see the Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____ July 1, 2021 _____ *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable Daniel J. Albregts _____.

*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    June 17, 2021 2:34 p.m.

_____
*Judge's signature*

City and state:    Las Vegas, Nevada

Honorable Daniel J. Albregts, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:21-mj-518-DJA | Date and time warrant executed:<br>6-21-2021 /2:00 Pm | Copy of warrant and inventory left with:<br>VIRGINIA ENGSTROM |
| Inventory made in the presence of :   TFO BRIAN SACHS | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

SEE ATTACHED DEA 12

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6-21-2021

_____
Executing officer's signature

TFO STEVE NOAHR
_____
Printed name and title

US-000925

**U.S. DEPARTMENT OF JUSTICE** - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address, including ZIP CODE), if applicable

VIRGINIA ENGSTROM
305 ST. AUGUSTINE LANE
HENDERSON, NEVADA 89014

FILE NO. RS-21-0005     G-DEP IDENTIFIER

FILE TITLE

DATE 6-21-2021

DIVISION/DISTRICT OFFICE

LVDO
LAFD

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | WHITE DUCATI VIN # ZDMUABDS0EB007875 | |
| 1 | BLACK DUCATI VIN # ZDM13BKW2KB010547 | |
| 1 | SILVER/BLACK DUCATI VIN ZDMDAGNW8JB003299 | |
| 1 | GRAY HARLEY-DAVIDSON VIN 1HD1TEH23LB954585 | |
| 1 | BLACK HARLEY-DAVIDSON VIN 1HD1TCL13MB952002 | |
| 1 | BLUE CASE UNKNOWN AMOUNT USC | |
| 1 | WHITE APPLE IPHONE (MASTER CLOSET Box) | |
| 1 | ROSE GOLD APPLE IPHONE (KITCHEN DRAWER) | |
| 1 | WHITE/ROSEGOLD APPLE IPHONE (MASTER CLOSET Box) | |
| 1 | WHITE IPHONE CRACKED SCREEN | |
| 1 | BITLIQUD BANK BAG (MISC PAPER WORK AND TITLE | |
| 1 | BOXED DUCATI (CRATE) WITH MISC PARTS | |
| 1 | HP LAPTOP (UPPER LEFT SHELF OF CLOSET. SERIAL # 5CD4073328 | |
| 1 | WESCO FLOOR JACK | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
VIRGINIA ENGSTROM

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
TFO STEVE NOAHR

FORM DEA-12 (9-00) Previous editions obsolete

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

FILED.

DATED: 3:58 pm, June 17, 2021

U.S. MAGISTRATE JUDGE

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*
2017 CHEVROLET SILVERADO
(VIN: 3GCUKREC0HG108984)
NEVADA LICENSE PLATE VMD601

)
)
)
)
)
)

Case No.  2:21-mj-519-DJA

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Nevada _____
*(identify the person or describe the property to be searched and give its location)*:
Please see the Attachment A-6.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
Please see the Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____ July 1, 2021 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable Daniel J. Albregts _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:     June 17, 2021 2:34 p.m.

_____
*Judge's signature*

City and state:     Las Vegas, Nevada

Honorable Daniel J. Albregts, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:21-mj-519-DJA | Date and time warrant executed:<br>June 21, 2021 apx 1:45 p.m. | Copy of warrant and inventory left with:<br>6145 Harrison Unit 4 |

Inventory made in the presence of : SA Scott Barrett

Inventory of the property taken and name(s) of any person(s) seized:

     Nothing Taken

---

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  July 14, 2021

                             *Executing officer's signature*

                       Daniel J. Kurinec, Special Agent

                          *Printed name and title*

US-000928

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original        ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the

District of Nevada

FILED.

DATED: 3:59 pm, June 17, 2021

U.S. MAGISTRATE JUDGE

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
2007 BMW 328i (VIN: WBAVA33527KX79327) )
NEVADA LICENSE PLATE 12345TH )
)

Case No. 2:21-mj-520-DJA

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure
of the following person or property located in the _____ District of _____Nevada_____
*(identify the person or describe the property to be searched and give its location)*:

Please see the Attachment A-7.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see the Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____July 1, 2021_____   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to _____Honorable Daniel J. Albregts_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   June 17, 2021 2:34 p.m.

_____
*Judge's signature*

City and state:   Las Vegas, Nevada

Honorable Daniel J. Albregts, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:21-mj-520-DJA | Date and time warrant executed:<br>June 21, 2021 apx 1:45 p.m. | Copy of warrant and inventory left with:<br>6145  Harrison Unit 4 |

Inventory made in the presence of : SA Scott Barrett

Inventory of the property taken and name(s) of any person(s) seized:

   Nothing Taken

---

### Certification

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   July 14, 2021

_____
*Executing officer's signature*

Daniel J. Kurinec, Special Agent
_____
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☐ Original        ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

FILED.

DATED: 4:00 pm, June 17, 2021

U.S. MAGISTRATE JUDGE

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*
2019 NISSAN ROGUE (VIN: 5N1AT2MT9KC797793)
NEVADA LICENSE PLATE US263P

)
)
)
)
)

Case No.  2:21-mj-521-DJA

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure
of the following person or property located in the _____ District of _____Nevada_____
*(identify the person or describe the property to be searched and give its location)*:
Please see the Attachment A-8.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
Please see the Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____July 1, 2021_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to _____Honorable Daniel J. Albregts_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:     June 17, 2021 2:34 p.m.

*Judge's signature*

City and state:     Las Vegas, Nevada

Honorable Daniel J. Albregts, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:21-mj-521-DJA | Date and time warrant executed:<br>NOT EXECUTED | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/21/21

_____
*Executing officer's signature*

DANIEL J. KURINEC, SPECIAL AGENT
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of Nevada

FILED.

DATED: 4:01 pm, June 17, 2021

U.S. MAGISTRATE JUDGE

In the Matter of the Search of                    )
*(Briefly describe the property to be searched*     )
*or identify the person by name and address)*       )   Case No. 2:21-mj-522-DJA
2016 CADILLAC CTS (VIN: 1G6AR5SS3G0195627)        )
NEVADA LICENSE PLATE AL7456                       )
                                                  )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____Nevada_____
*(identify the person or describe the property to be searched and give its location)*:

Please see the Attachment A-9.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see the Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____July 1, 2021_____   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable Daniel J. Albregts_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:     June 17, 2021 2:34 p.m.                        _____
                                                                          *Judge's signature*

City and state:     Las Vegas, Nevada                    Honorable Daniel J. Albregts, U.S. Magistrate Judge
                                                                    *Printed name and title*

US-000933

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>2:21-mj-522-DJA | Date and time warrant executed:<br>*June 21, 2021 1:30pm* | Copy of warrant and inventory left with:<br>*IN VEHICLE. 2016 CADILLAC* |
| Inventory made in the presence of :<br>*US JEFF W. BELL* | | *CT3, NV PLATE AL 7456* |

Inventory of the property taken and name(s) of any person(s) seized:

*NOTHING TAKEN*

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: *6/21/2021*

_____
*Executing officer's signature*

*ROBB LOWEN, TFO*
_____
*Printed name and title*

US-000934

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

FILED.

DATED: 4:01 pm, June 17, 2021

U.S. MAGISTRATE JUDGE

In the Matter of the Search of                    )
*(Briefly describe the property to be searched*    )
*or identify the person by name and address)*      )     Case No.  2:21-mj-523-DJA
2015 CHEVROLET SONIC                               )
(VIN: 1G1JC6SG4F4213150)                           )
NEVADA LICENSE PLATE 579N08                        )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Nevada _____
*(identify the person or describe the property to be searched and give its location)*:

Please see the Attachment A-10.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see the Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____ July 1, 2021 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable Daniel J. Albregts _____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    June 17, 2021 2:34 p.m.                                    _____
                                                                                    *Judge's signature*

City and state:    Las Vegas, Nevada                     Honorable Daniel J. Albregts, U.S. Magistrate Judge
                                                                 *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:21-mj-523-DJA | Date and time warrant executed:<br>NOT EXECUTED | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/21/21

_____

*Executing officer's signature*

DANIEL J. KIRINEC  SPECIAL AGENT

*Printed name and title*