# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL ENGSTROM,<br><br>　　　　Defendant. | Case No.: 2:21-cr-000190-ART-EJY<br><br>**ORDER** on Stipulation to Extend Time (ECF No. 239) |

IT IS THEREFORE ORDERED that the Government's deadline to respond to Defendant's Motion to Suppress, currently set for June 5, 2023, is vacated and continued to June 23, 2023. Defendant Engstrom shall have until June 30, 2023, to file any and all replies.

DATED this <u>30th day of May 2023</u>.

_____
HONORABLE ANNE TRAUM
UNITED STATES DISTRICT JUDGE