**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-00190-ART-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| PAUL ENGSTROM, | |
| Defendant. | |

Based on the stipulation by the parties (ECF No. 242), and good cause appearing, IT IS THEREFORE ORDERED that the Government's deadline to respond to Defendant's Motion to Suppress, currently set for June 23, 2023, is vacated and continued to June 28, 2023. Defendant Engstrom shall have until July 6, 2023, to file any and all replies.

DATED this 16th day of June 2023.

_____
HONORABLE ANNE TRAUM
UNITED STATES DISTRICT COURT JUDGE