**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

PAUL ENGSTROM,

      Defendant,

Case No.: 2:21-cr-00190-ART-EJY

**ORDER GRANTING**
Stipulation to Continue Sentencing (Second Request)
(ECF No. 322)

## FINDINGS OF FACT, CONCLUSION OF LAW, AND ORDER

### FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Defendant Engstrom requires additional time to prepare and complete certain tasks related to sentencing, including preparation of arguments related to unresolved objections to the Presentence Report.
2. All parties agree to the continuance.
3. The additional time requested herein is not sought for purposes of delay.
4. Denial of this request for a continuance could result in a miscarriage of justice.
5. This is the second request to continue sentencing filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity

within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

**ORDER**

IT IS HEREBY ORDERED that the sentencing currently scheduled for January 8, 2024 is continued to Thursday, February 1, 2024, at 1:00 p.m. before U.S District Judge Anne R. Traum in a Las Vegas courtroom to be determined.

DATED: January 3, 2024.

_____
Anne R. Traum
United States District Judge