**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>PAUL ENGSTROM,<br><br>          Defendant, | Case No.: 2:21-cr-00190-ART-EJY<br><br>**ORDER GRANTING**<br>**ECF No. 340 STIPULATION** |

IT IS THEREFORE ORDERED that the Defendant's deadline to respond to the Government's Motion for Reconsideration, currently set for February 29, 2024, is vacated and continued to March 14, 2024.

DATED this 4th day of March, 2024.

_____
THE HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE