United States District Court

District of Nevada

| United States of America, | |
|---|---|
| Plaintiff, | Case No. 2:21-cr-00190-ART-EJY-1 |
| v. | **Order Permitting Copies of Non-Public Docket for Appellate Purposes** |
| Paul Engstrom, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Clerk's Office provide copies of the complete, non-public docket sheet to counsel for Paul Engstrom and counsel for the United States of America.

**Dated**: April 29, 2024.

_____
U.S. MAGISTRATE JUDGE

3